No. 1469, October Term, 1970. HOMART DEVELOPMENT CO. v. DIAMOND ET AL., 402 U. S. 988, 404 U. S. 874, 405 U. S. 981. Motion for leave to file third petition for rehearing denied. MR. JUSTICE BLACKMUN would call for a response pursuant to Rule 58 (3).

No. 40, Orig. PENNSYLVANIA v. NEW YORK ET AL., 407 U. S. 206 and 223;

No. 68–5006. WRIGHT v. BETO, CORRECTIONS DIRECTOR, 408 U. S. 934;

No. 68–5013. SCOLERI v. PENNSYLVANIA, 408 U. S. 934;

No. 68–5022. KRUCHTEN v. EYMAN, WARDEN, 408 U. S. 934;

No. 68–5023. SMITH v. TEXAS, 408 U. S. 934;

No. 69–3. PARK v. GEORGIA, 408 U. S. 935;

No. 69–5001. MOORE v. ILLINOIS, 408 U. S. 786;

No. 69–5006. SULLIVAN v. GEORGIA, 408 U. S. 935;

No. 69–5015. MANOR v. GEORGIA, 408 U. S. 935;

No. 69–5026. ROBLES v. CALIFORNIA, 406 U. S. 972;

No. 69–5027. CUMMINGS v. GEORGIA, 408 U. S. 935;

No. 69–5032. ARKWRIGHT v. GEORGIA, 408 U. S. 936;

No. 69–5039. LEE, AKA KING v. GEORGIA, 408 U. S. 936;

No. 69–5043. HUFFMAN v. BETO, CORRECTIONS DIRECTOR, 408 U. S. 936;

No. 69–5045. THACKER v. GEORGIA, 408 U. S. 936;

No. 69–5049. WILLIAMS v. GEORGIA, 408 U. S. 936;

No. 70–3. WALKER v. GEORGIA, 408 U. S. 936;

No. 70–295. FIRST NATIONAL CITY BANK v. BANCO NACIONAL DE CUBA, 406 U. S. 759;

No. 70–303. UNITED STATES v. KORMAN ET AL., 406 U. S. 952; and

No. 70–322. IN RE WARREN, 408 U. S. 942. Petitions for rehearing denied.